[No. 24760–3–I.  Division One.  August 13, 1990.]

LANDIS BOHN, ET AL, *Appellants,* v. GEORGE CODY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–02354–2, Gilbert E. Mullen, J., entered October 27, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Forrest, J.

[Nos. 22258–9–I; 22401–8–I.  Division One.  August 13, 1990.]

KEITH MILTON RHINEHART, ET AL, *Appellants,* v. THE SEATTLE TIMES, INC., ET AL, *Respondents.*

THE AQUARIAN FOUNDATION, ET AL, *Appellants,* v. THE SEATTLE TIMES, INC., ET AL, *Respondents.*

Appeals from judgments of the Superior Court for King County, Nos. 86–2–09172–6, 82–2–17487–4, Sharon S. Armstrong, J., entered April 22 and May 13, 1988. *Remanded with instructions* by unpublished opinion per Grosse, A.C.J., concurred in by Pekelis and Baker, JJ. Now published at 59 Wn. App. 332.